UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BILL McDONALD, T.J. RICTOR, KRISSY LARSEN, individuals, and PEDRO DELGADO, an individual, <br><br> Plaintiffs, <br> vs. <br><br> J&K WHITE, INC., d/b/a PANHANDLE LAUNDRY COMPANY, LAUNDRY CLEANING MANAGEMENT, INC., JOEL WHITE, an individual, KIN WHITE, an individual, PAUL R. WHITE, an individual, STEVE RAMSER, an individual, VONNIE WHITE, an individual, and THE ESTATE OF EDDY WITT, deceased <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § | CASE NO. 2:09-CV-00058- |

## STIPULATION OF DISMISSAL

Plaintiffs and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

I.

Plaintiffs are BILL McDONALD, R.J. RICTOR, KRISSY LARSEN, PEDRO DELGADO, and RENATA ZAMUDA, individuals; Defendants are J&K WHITE, INC., d/b/a PANHANDLE LAUNDRY COMPANY, LAUNDRY CLEANING MANAGEMENT, INC., JOEL WHITE, an individual, KIN WHITE, an individual, PAUL R. WHITE, an individual, STEVE RAMSER, an individual, VONNIE WHITE, an individual, and THE ESTATE OF EDDY WHITE, deceased.

II.

On March 3, 2009, the Plaintiffs sued the Defendants. All the Plaintiffs and the Defendants have reached a settlement and move to have all claims dismissed. All parties agree to this dismissal with prejudice to refiling.

Respectfully Submitted,

/s/Felipe Zavala

Felipe Zavala
LAW OFFICES OF PHILIP R. RUSS
State Bar No. 24013796
2700 S. Western, Suite 1200
Amarillo, Texas 79109
Tel: (806) 358-9293
Fax: (806) 358-9296
*Attorney for Plaintiffs, Bill McDonald, T.J. Rictor, Krissy Larsen, Pedro Delgado, and Renata Zamuda, individuals*

Agreed to: /s/ Vicki H. Wilmarth
Vicki H. Wilmarth
State Bar No. 21664075
P.O. Box 1786
Amarillo, Texas 79105-1786
Tel: (806) 345-3107
Fax: (806) 331-6052
*Attorney for Defendants,
J&K White, Inc., d/b/a Panhandle Laundry Company, and
Joel White, an individual*

Agreed to: /s/Dan L. Schaap
Dan L. Schaap
UNDERWOOD, WILSON, BERRY,
STEIN, & JOHNSON, P.C.
500 South Taylor, Suite 1200
Amarillo, Texas 79101
Tel: (806) 379-0307
Fax: (806) 349-9482
*Attorney for Defendants,
Laundry Cleaning Management, Inc.
Kin White, an individual, Paul R. White, an individual, Steve Ramser, and individual, Vonnie White, an individual, and the Estate of Eddy Witt, deceased*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the Court's electronic filing system. The electronic case filing system with send the "Notice of Electronic Filing" to the following who have consented in writing to accept the Notice as service of this document by electronic means:

Vicki Wilmarth    vicki@arn.net
Dan Schaap    dan.schaap@uwlaw.com


By:   /s/Felipe Zavala
      Felipe Zavala